IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Shabah Harry Cooks

Plaintiffs,

vs.

D.K. SISTO, et al.

2:07-cv-01836 ALA (PC)

Defendants.   ORDER

_____/

Plaintiffs are state prisoners proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

This Court has determined that each plaintiff should file a separate action. Rule 21 of the Federal Rules of Civil Procedure provides "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. Any claim against a party may be severed and proceeded with separately." Fed. R. Civ. P. 21. Courts have broad discretion regarding severance. *See Davis v. Mason County*, 927 F.2d 1473, 1479 (9th Cir. 1991).

In the instant action, Plaintiffs are individuals in the custody of the California Department of Corrections and Rehabilitation, presently confined at California State Prison-Solano. An action brought by multiple inmate plaintiffs proceeding pro se presents procedural problems that cause delay and confusion. Delay often arises from the frequent transfer of inmates to other facilities or institutions, the changes in address that occur when inmates are

1

released to parole, and the difficulties faced by inmates who attempt to communicate with each other and with unincarcerated individuals.

Accordingly, the Court will order that Plaintiffs' claims be severed. Mr. Saif'ullah will proceed in this action, while Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams will proceed in eight separate civil actions to be opened by the Clerk of the Court. Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams must proceed with his own action.

The Clerk of the Court will be directed to assign the new actions to the same district judge assigned to the instant action. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Since the claims will be severed, Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams will be given fifty-six days to file a separate, amended complaint and a new application for leave to proceed in forma pauperis, using the forms provided by the Court with this order. Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams are each cautioned that if an individual action proceeds further it is probable that each of them will incur a liability in the amount of the $350.00 filing fee, which amount will be collected from the inmate's prison trust account.[1] *See* 28 U.S.C. § 1915(b).

---

[1] *See* Information to Prisoners Seeking Leave to Proceed with a Civil Action in Federal Court In Forma Pauperis Pursuant to 28 U.S.C. § 1915.

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. The claims of Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams are severed from the action filed by Khalifah E.D. Saif'ullah;

2. Mr. Saif'ullah shall proceed as the sole plaintiff in case No. 2:07-cv-00486-ALA;

3. The Clerk of the Court is directed to:

   a. Open eight separate civil actions for Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams;

   b. Assign each action to the district judge to whom the instant case is assigned and make appropriate adjustment in the assignment of civil cases to compensate for such assignment;

   c. File and docket a copy of this order in each of the eight files opened for the plaintiffs listed in number 3a above;

   d. Place a copy of the complaint, filed March 13, 2007, in each of the eight files opened for the Plaintiffs listed in number 3a above;

   e. Strike from the caption of each plaintiff's complaint all plaintiffs' names except the name of the individual plaintiff proceeding in the action;

   f. Send each plaintiff an endorsed copy of his complaint bearing the amended caption and the case number assigned to his own individual action.

4. The complaint filed by Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont Williams is dismissed without prejudice;

5. The Clerk of the Court is directed to send Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry

1  Cooks, Hamza Patrick Scott, and Lemont Williams a new form for filing a civil rights action
2  under 42 U.S.C. § 1983 and a new Application to Proceed In Forma Pauperis By a Prisoner; and
3        6. Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan Grim,
4  Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and Lemont
5  Williams are each granted fifty-six days from the date of service of this order to file an amended
6  complaint and a new application to proceed in forma pauperis, using the forms provided by the
7  Court with this order. Larry Hamza Din Galbert, Tasnim Abul Rasheed Sandifer, Abul Hasan
8  Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah Harry Cooks, Hamza Patrick Scott, and
9  Lemont Williams should be aware that each document submitted must bear the docket number
10 assigned to his own individual case, each complaint must be labeled "Amended Complaint," and
11 an original and two copies of this amended complaint must be filed. Larry Hamza Din Galbert,
12 Tasnim Abul Rasheed Sandifer, Abul Hasan Grim, Abdul Hassan Halfin, Kolfani Smith, Shabah
13 Harry Cooks, Hamza Patrick Scott, and Lemont Williams should also be aware that his amended
14 complaint must comply with this Court's Order dated September 5, 2007.

16 DATED: September 5, 2007

17                           /s/ Arthur L. Alarcón
                            UNITED STATES CIRCUIT JUDGE
18                           Sitting by Designation

4